# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>CHENG WEI HUANG<br>*Defendant* | )<br>)<br>)  Case No. 23 CR 418<br>)<br>) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CHENG WEI HUANG.

Date: 10/21/2023

/s/PAUL A. GOLDBERGER
*Attorney's signature*

PAUL A. GOLDBERGER
*Printed name and bar number*

GOLDBERGER & DUBIN, P.C.
401 BROADWAY, SUITE 306
NEW YORK, NEW YORK 10013
*Address*

GND401@AOL.COM
*E-mail address*

(212) 431-9380
*Telephone number*

(212) 966-0588
*FAX number*